IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,

Plaintiff,

v.

Alex Carlucci,

Defendant.

Case No. 17 CR 643-7
Judge Samuel Der-Yeghiayan

### ORDER

Arraignment hearing held. Defendant was informed of his rights. Defendant waived a formal reading of the Indictment and entered a plea of not guilty to each charge and all counts of the Indictment in which he is named. Parties have agreed to proceed on deferred prosecution. The Government and the Defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. The Defendant signed a $4,500.00 unsecured, own recognizance bond in open court. The Defendant shall be release after processing. No status hearing is set at this time. Time shall remain excluded pursuant to 18 USC § 3161 (h)(7)(A) without objection.

(T: 00:07)

Date: 11/8/2017

/s/ Samuel Der-Yeghiayan
Samuel Der-Yeghiayan
U.S. District Judge