LF

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

Defendant. Bret Beshey, et al.
Alexander Carlucci

Case Number: 17 CR 643-7

Judge: Der-Yeghiayan

## ORDER
## APPOINTING COUNSEL UNDER CJA

**Person Represented:** Alex Carlucci         **Under SEAL** YES or (NO)

**Defendant number:** 7

**Payment Category:** APPEAL (FELONY) MISDEMEANOR PETTY OFFENSE OTHER

**Type of Person Represented:** (ADULT) JUVENILE OTHER

**Representation Type:** BP (CC) CF CH DRI EW EX HC JU MA JRV JHB
MC ML NT OT PA PR PT SR WI WW

**Attorney Name:** Molly Armour

**Court Order:**
[APPOINTING COUNSEL]          SUBS FOR FEDERAL DEFENDER
CO-COUNSEL                    SUBS FOR PANEL ATTORNEY
STANDBY COUNSEL               SUBS FOR RETAINED ATTORNEY

**Prior Attorney's name:**

**Signature of Presiding Judge or by Order of the Court** _[signature]_

**Date of Order:** 11-8-17          **Nunc Pro Tunc Date:** 3/6/17 or NONE

---

## ORDER
## APPOINTING INTERPRETER UNDER CJA

**Interpreter needed** YES                **Under SEAL** YES or NO

Prior authorization shall be obtained for services in excess of $800.
**Expected to exceed** YES NO    **Prior Authorization Approved** YES NO

**Signature of Presiding Judge or by Order of the Court**

**Date of Order:**          **Nunc Pro Tunc Date:** _____ or NONE