UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 17 CR 643-6 |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| ERIC WELLER | ) | |

## GOVERNMENT'S PRELIMINARY WITNESS LIST

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits its preliminary witness list. Below is a list of witnesses that the government may call at trial, in alphabetical order based on last name. Listed separately are the names of institutions for which records custodians may testify. The names of records custodian witnesses have not been provided because witnesses from those institutions had not yet been identified and because of the possibility that stipulations may be agreed to in this case that would make the testimony of records custodians unnecessary.

1. Christopher Bonvissuto
2. Alex Carlucci
3. Nicholas Favia
4. Shane Fleming
5. Dmitri Kandalepas
6. Peter Kourtis
7. Deborah Oremland
8. James Spolar
9. Thomas Walster
10. Witness from Chicago Board of Options Exchange (possible stipulation)

**Records Custodians**

1. Charles Schwab
2. TD Ameritrade
3. U.S. Bank
4. Scottrade
5. M&T Bank
6. Interactive Brokers
7. AT&T
8. JP Morgan Chase Bank
9. Fidelity
10. Sprint
11. Verizon
12. Gain Capital
13. Straits Financial
14. Bloomberg

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ Jason A. Yonan
    JOHN D. MITCHELL
    JASON A. YONAN

Assistant United States Attorneys  
219 S. Dearborn Street, Suite 500  
Chicago, Illinois 60604  
(312) 353-5300

Dated: March 20, 2019