# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 29, 2022

To:　Thomas G. Bruton
　　　UNITED STATES DISTRICT COURT
　　　Northern District of Illinois
　　　Chicago, IL 60604-0000

| | |
|---|---|
| No. 19-2814 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>ERIC WELLER,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:17-cr-00643-6<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:　　　　　　　　　　　　　No record to be returned

This notice sent to:
[ ]  United States Probation Officer

form name: **c7_Mandate**　　(form ID: **135**)